■ In the Matter of JAMES ROBERT MOORE, Appellant, v NEW YORK STATE BOARD OF APPEALS, Respondent. [924 NYS2d 903]— Appeal from a judgment (denominated decision and order) of the Supreme Court, Cayuga County (Mark H. Fandrich, A.J.), entered July 17, 2009 in a proceeding pursuant to CPLR article 78. The judgment denied the petition.

It is hereby ordered that said appeal is unanimously dismissed without costs as moot (see Matter of Ansari v Travis, 9 AD3d 901 [2004], lv denied 3 NY3d 610 [2004]). Present—Centra, J.P., Fahey, Carni, Sconiers and Green, JJ.

■ In the Matter of JOHN HOGAN, Appellant, v BRIAN FISCH-ER, Commissioner, New York State Department of Correctional Services, Respondent. [924 NYS2d 903]—Appeal from a judgment of the Supreme Court, Wyoming County (Mark H. Dadd, A.J.), entered December 17, 2009 in a proceeding pursuant to CPLR article 78. The judgment denied the petition.

It is hereby ordered that said appeal is unanimously dismissed without costs as moot (see Matter of Free v Coombe, 234 AD2d 996 [1996]). Present—Centra, J.P., Fahey, Carni, Sconiers and Green, JJ.